1  MICHAEL K. BRISBIN (SBN: 169495)                    JS-6
   Email: michael.brisbin@wilsonelser.com
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
5
   Attorneys for Plaintiff
6  **AMERICAN GENERAL LIFE INSURANCE COMPANY**

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  AMERICAN GENERAL LIFE                Case No. CV14-00684 ABC (PLAx)
    INSURANCE COMPANY,
12                                       **[PROPOSED] ORDER ON**
                                         **PLAINTIFF AMERICAN GENERAL**
13            Plaintiff,                 **LIFE INSURANCE COMPANY'S**
                                         **REQUEST FOR VOLUNTARY**
14        vs.                            **DISMISSAL OF ITS COMPLAINT**
                                         **WITH PREJUDICE FILED AGAINST**
15  LIBBY SPEARS,                        **DEFENDANT LIBBY SPEARS**

16            Defendant.                 **FRCP Rule 41(a)(2)**

17

18

19        The Court having considered Plaintiff American General Life Insurance

20  Company's request, finds that good cause appears for its request because:

21        (1)    No Defendant has answered the Complaint;

22        (2)    Defendant Spears returned an executed and notarized Voluntary

23  Rescission Agreement dated February 19, 2014, wherein he agreed to the rescission

24  of American General Life Insurance policy number YM00751924

25        (3)    American General accepted the executed and notarized Voluntary

26  Rescission Agreement from Defendant Spears, and;

27

28
                                         1

(4)     In exchange for the executed and notarized Voluntary Rescission Agreement, American General agrees to dismiss its lawsuit with prejudice, each side to bear its own costs and fees.

**NOW, THEREFORE**, the above captioned action and all related claims and/or cross-actions, are hereby dismissed with prejudice, each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: March 7, 2014                   _____

**HONORABLE AUDREY B. COLLINS**
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER ON PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST DEFENDANT LIBBY SPEARS**

Case No.:  CV14-00684 ABC (PLAx)

1139791v.1